# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEWAYNE DORSEY,<br><br>            Petitioner,<br><br>   v.<br><br>CHRISTIAN PFEIFFER,<br><br>            Respondent. | Case No. 8:23-cv-00424-HDV-PD<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the First Amended Petition is dismissed with prejudice.

DATED: 1/9/25

Hernán D. Vera
United States District Judge